IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASSANDRA FEUERSTEIN, | ) |
| *Plaintiff,* | ) ) ) Case No. 13-cv-7226 |
| v. | ) ) |
| THE VILLAGE OF SKOKIE and Skokie Police Officers MICHAEL HART, MARY ESCOBEDO, and MICHAEL HEALY, | ) Judge Sharon Johnson Coleman ) ) Magistrate Judge Maria Valdez ) |
| *Defendants.* | ) |

## Order

This matter, coming before the Court on Defendants Village of Skokie, Mary Escobedo, and Michael Healy's Motion to Vacate and Amend the Rule 68 Judgment, all parties having due notice, and the Court being fully advised, IT IS HEREBY ORDERED THAT:

1. All of the parties have consented in court, through counsel, to the granting of this Motion. This Motion is hereby GRANTED.

2. The June 17, 2015 [100] Judgment is vacated in its entirety as to Mary Escobedo and Michael Healy.

3. The June 17, 2015 [100] Judgment against the Village of Skokie shall be amended, by agreement of the parties. By agreement of all parties, the amended Judgment shall be against only the Village of Skokie, and shall be in the amount of $250,000.00.

4. The parties having reached a settlement, all claims against the Village of Skokie, Michael Hart, Mary Escobedo, and Michael Healy are dismissed with prejudice.

SO ORDERED.

_____
SHARON JOHNSON COLEMAN
United States District Judge

DATED: September 24, 2015